JAN 02 2015

**IN THE COURT OF APPEALS**

**FOR THE SEVENTH DISTRICT OF TEXAS**

Nancy Sue Morrison

Plaintiff

vs.                                             CASE NO. 07-14-00317-CV

Wheeler County Texas

Sheriff Wesley Crites

Deputy D.B. Marcolesco

Defendants

**MOTION TO EXTEND TIME TO FILE BRIEF AS TO NOTICE AND PERFECTION OF**

**APPEAL**

COMES NOW, Nancy S Morrison, Appellant pro se, and files her MOTION TO EXTEND TIME TO FILE BRIEF AS TO NOTICE AND PERFECTION OF APPEAL.

Court ordered brief was to be filed on or before December 31st, 2014. On December 31st, 2014 at 4:50 P.M. Appellant attempted to file Brief addressing the Perfection of Appeal. Appellant attempted to enter the courthouse, but the Potter County Deputies had closed and locked the door and were not at their post at 4:50 P.M., thus denying Appellant's access to filing her brief. Pursuant to TRAP 4.1(b) Clerk's office closed or inaccessible: if the act to be done is filing a document, and if the clerk's office where the document is to be filed is closed or inaccessible during regular hours on the last day for filing the document, the period for filing the document extends to the end of the next day when the clerk's office is open and accessible. The closing or inaccessibility of the clerks office may be proved by certificate of the clerk or counsel, by a party's affidavit. See Exhibit (A) Affidavit by Nancy S Morrison.. Appellant had called and was reassured that court would remain open until 5P.M. The court may have been open, but the outside doors to the courthouse that the clerk has no control of was not accessible as these doors were locked early, thus denying access to filing document due on December 31st, 2014.

## PRAY

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Motion will be GRANTED and she be allowed to file Brief addressing Perfection of Appeal, on Jan 2nd, 2015, due to the inaccessibility to the court on December 31st, 2014

Respectfully Submitted

*Nancy S. Morrison*

Nancy S. Morrison
P.O. Box 1134
Wheeler, TX. 79096
(806)282-8702
(806)826-3724

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above  was served upon all parties of record in accordance with the TRCP in this case Via USPS on January 2nd 2015

*Nancy S. Morrison*
APPELLANT
Nancy S. Morrison

LESLIE STANDERFER
WHEELER COUNTY TEXAS
401 MAIN ST. P.O. Box 469
WHEELER, TEXAS 79096

Nancy S. Morrison
P.O. Box 1134
1111 main st.
Wheeler, TX. 79096
(806)282-8702
(806)826-3724

# EXHIBIT
# A
Affidavit of Nancy S. Morrison in Support of Motion to Extend Time to File Brief

# IN THE COURT OF APPEALS

# FOR THE SEVENTH DISTRICT OF TEXAS

Nancy Sue Morrison

Plaintiff

vs.                                                   CASE NO. 07-14-00317-CV

Wheeler County Texas

Sheriff Wesley Crites

Deputy D.B. Marcolesco

Defendants

**AFFIDAVIT OF NANCY MORRISON IN SUPPORT OF APPELLANT'S TIMELY AND
PROPERLY PERFECTION OF APPEAL TO COUNTY COURT FROM JUSTICE
COURT**

STATE OF TEXAS

COUNTY OF WHEELER

BEFORE ME, the undersigned Notary Public, on this date personally appeared Nancy Morrison, known to me to be the person whose name is subscribed to this instrument, and having been by me duly sworn, on her oath states and deposes as follows:

Now comes Nancy Morrison and states the following pursuant to 28 U.S.C. 17456:

1. My name is Nancy Morrison Nottingham. I am over 21 years of age, of sound mind, capable of making this affidavit and have never been convicted of a felony or a crime involving moral turpitude.

2. On December 31, 2014, I called the Office of the Clerk of the Court of Appeals for the Seventh District of Texas and was assured by the Clerk that the office was not to close early and would be open during the regular hours, closing at 5:00 P.M.

3. I live over 100 miles from Amarillo, Texas in Wheeler, Texas. I took off early from work to deliver and file my brief in this case. The weather had turned inclement and freezing fog was slowing driving conditions. I arrived at the Court building located at 501 S. Fillmore at 4:50. When I attempted to open the outside doors to the building, I found that they were locked and the security officers were not inside at their station. I knocked on the doors but no one was available to open the doors and allow me to enter the building to file my brief in the Clerk's Office.

4. I was denied access to the Court as the Potter County Deputies left their post early and locked the outside doors to the building.


Respectfully submitted,

*Nancy Morrison*

Nancy Morrison

Appellant/Plaintiff
Pro Se Litigant
P.O. Box 1134
1111 Main St.
Wheeler, Texas 79096
(806) 826-3724
(806) 292-8702 (cell)

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd Day of ~~December, 2014~~ to certify this JAN. 2015

witness with my hand and official seal.

KELLI HAMPTON

Notary Public, State of Texas



KELLI HAMPTON
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 6-28-2018